The judgment is reversed, and the cause remanded.

---

ROSBORO v. STATE. (No. 3994.)

(Court of Criminal Appeals of Texas. March 15, 1916.)

CRIMINAL LAW ⊝⟐1090(1)—APPEAL — BILLS OF EXCEPTIONS—STATEMENT OF FACTS.

    Without a statement of facts or bills of exceptions, no question is presented for review.

    [Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2805–2807, 3204; Dec. Dig. ⊝⟐1090(1).]

Appeal from District Court, Camp County; R. M. Smith, Judge.

Mid Rosboro was convicted of incest, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. This is an appeal from a conviction for incest, but without a statement of facts or bills of exceptions. In the absence of these, no question is presented which we can review. The case must necessarily, therefore, be affirmed.

---

LARGE v. STATE. (No. 3975.)

(Court of Criminal Appeals of Texas. March 8, 1916.)

CRIMINAL LAW ⊝⟐1090(1) — QUESTIONS PRESENTED FOR REVIEW.

    Where there was nothing in a motion for new trial that could be considered in the absence of the testimony, and neither a statement of facts nor a bill of exceptions was in the record, there was nothing to review on appeal.

    [Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2807, 3204; Dec. Dig. ⊝⟐1090(1).]

Appeal from Dallas County Court, at Law; T. A. Work, Judge.

Charley Large was convicted of aggravated assault, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of aggravated assault; his punishment being assessed at a fine of $25.

There is nothing in the motion for new trial that can be considered in the absence of the testimony, and nothing presented by bill of exceptions. In fact, there is neither a statement of the facts nor a bill of exceptions in the record.

There being nothing to review in this appeal, the judgment will be affirmed.